## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AUTUMNWOOD GROVE
COMMUNITY ASSOCIATION, INC.
Plaintiff,

v.                                                          CASE NO.: 8:18-CV-2264-T-36TGW


PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

      Defendant.

_____ /

### NOTICE OF SETTLEMENT

    **COMES NOW** the Plaintiff, AUTUMNWOOD GROVE COMMUNITY ASSOCIATION, INC., by and through the undersigned counsel, hereby files this Notice of Settlement and advises the Court that the parties to the above-captioned matter reached a settlement in this matter. The parties will file the appropriate stipulation for dismissal upon confirmation that the terms of the settlement agreement have been performed.

    Respectfully submitted this 30th day of October, 2019.

**MERLIN LAW GROUP, P.A.**

By: */s/ Larry E. Bache, Jr.*
Larry E. Bache, Jr., Fla. Bar No.: 91304
Javier Delgado, Fla. Bar No.: 560146
Lucas B. Austin, Fla Bar No.: 50340
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: 813-229-1000
Facsimile: 813-229-3692
Email: lbache@merlinlawgroup.com
       laustin@merlinlawgroup.com
       jdelgado@merlinlawgroup.com

*ATTORNEYS FOR PLAINTIFF*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned Counsel for Plaintiff hereby certifies that a true and correct copy of the foregoing was served on the Counsel identified below pursuant to the Federal Rules of Civil Procedure on this 30th day of October, 2019.

**TRAUB LIEBERMAN STRAUS**
**& SHREWSBERRY, LLP**
Michael K. Kiernan, Esq.
Florida Bar No.: 391964
Heather M. Fleming, Esq.
Florida Bar No.: 25971
P.O. Box 3942
St. Petersburg, Florida 33731
Telephone: (727) 898-8100
Fax: (727) 895-4838
mkiernan@tlsslaw.com
hfleming@tlsslaw.com
***ATTORNEYS FOR DEFENDANT***

/s/ *Larry E. Bache, Jr.*
Larry E. Bache, Jr.

2