UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUTUMNWOOD GROVE
COMMUNITY ASSOCIATION, INC.,

    Plaintiff,

v.                                                  Case No: 8:18-cv-2264-CEH-TGW

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on October 30, 2019, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 32). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.    This action is dismissed, with prejudice.

2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 15, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any